■ ROBERT P. SHAW v. SUSAN PRESTIGIACOMO et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ROBERT P. SHAW v. SUSAN PRESTIGIACOMO et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ELISSA ENAX v. ERNEST ENAX et al., Individually and as Copartners Doing Business as LAKE ELISSA.— Motion for stay denied, without costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ ELISSA ENAX v. ERNEST ENAX et al., Individually and as Copartners Doing Business as LAKE ELISSA.— Motion denied, without costs. In view of the setting aside of the jury verdict and the granting of a new trial, which would have been the relief granted to the defendants had their cross motion been granted, no useful purpose would be served by the prosecution of the appeal. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANUEL CRUZ, against WARDEN OF THE NEW YORK CITY PENITENTIARY.— Motion denied having become academic by virtue of the decision of this court in *People ex rel. Cruz v. New York City Penitentiary (post*, p. 1042). Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANUEL CRUZ, against WARDEN OF THE NEW YORK CITY PENITENTIARY.— Motion to dismiss appeal granted. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ LOUIS VAN ZATZMAN v. STANLEY I. SCHONBRUN et al.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

## (October 31, 1958)

### (Republished)

■ ROBERT P. SHAW v. SUSAN PRESTIGIACOMO et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, with leave to serve an amended complaint within five days after the entry of the order herein. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

## FIRST DEPARTMENT, MARCH, 1958

## (March 27, 1958)*

■ GASOFF REALTY CORP., Respondent, v. DICK PAVO, Appellant.— Motion dismissed. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

## FIRST DEPARTMENT, APRIL, 1958

## (April 10, 1958)*

■ REGINA LEVY v. FIREMEN'S FUND INDEMNITY COMPANY.— Application [for leave to appeal to the Appellate Division], denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

* Not published with other decisions of March 27, 1958, 5 A D 2d 867 and April 10, 1958, 5 A D 2d 980.— [REP.